THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Jonathan
 Millard Campbell, Appellant.
 
 
 

Appeal From Greenville County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2012-UP-236  
Submitted April 2, 2012  April 18, 2012

AFFIRMED

 
 
 
 Senior Appellate Defender Joseph L. Savitz
 III, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J.
 Zelenka, and Assistant Attorney General Alphonso Simon Jr., all of Columbia; and
 Solicitor W. Walter Wilkins III, of Greenville, for Respondent.
 
 
 

PER CURIAM: Jonathan M. Campbell appeals his
 conviction of murder, arguing the trial court erred in refusing to instruct the
 jury on accessory after the fact of murder.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: State v.
 Benton, 338 S.C. 151, 156-57, 526 S.E.2d 228, 231 (2000) (holding that an appellant
 cannot argue one ground in support of a jury charge at trial and another ground
 in support of the charge on appeal).[2]
AFFIRMED.
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.
[2] Alternatively,
 even if we were to find the issue on appeal preserved for review, we would
 affirm.  See State v. Dickerson, 395 S.C. 101, 121, 716 S.E.2d
 895, 906 (2011) ("[A] defendant is not entitled to a charge on
 lesser-related offenses.").